FILED
2006 Jun-13 PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| JANICE EASON, as Administratrix of the estate of Wallace Mitchell, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HUNTSVILLE, et al.,<br><br>Defendants. | CASE NO.: CV-00-HS-969-NE |

### Memorandum Opinion

The Court presently has before it the Third Motion for Summary Judgment (doc. 92) filed by Defendant the City of Huntsville (the "City"). As administratrix of the estate of Wallace Mitchell, Plaintiff, Janice Eason, filed this 42 U.S.C. § 1983 lawsuit for unconstitutionally excessive use of deadly force. All claims in Eason's Complaint arise out of the fatal shooting of Wallace Mitchell by Officer Williams on April 17, 1998. Following the Eleventh Circuit's decision in this case affirming, in part, and vacating, in part, the District Court's previous summary judgment rulings, the only remaining claim against the City is a state law wrongful death claim.

The City moves the Court for the entry of summary judgment on the ground that Defendant Chet Williams has filed a motion for summary judgment which is due to be granted, which would, as a matter of law, necessitate a granting of summary

judgment in favor of the City. This Court disagrees. In the interest of judicial economy, this Court will refrain from re-articulating the reasons set forth in its thirty-four page Memorandum Opinion denying Officer Williams's Motion for Summary judgment. Although the Court recognizes the truth in the assertion that a granting by this Court of Officer Williams's Second Motion for Summary Judgment would, by operation of law, entitle the City of Huntsville to summary judgment, after careful consideration, the Court determined that Officer Williams's motion was due to be **DENIED**. Therefore, the City's Third Motion for Summary Judgment is hereby due to be **DENIED**.

A separate **ORDER** will be entered.

**DONE** this 13th of June, 2006.

                                              **VIRGINIA EMERSON HOPKINS**
                                              United States District Judge